TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
      Social Security Administration
      160 Spear Street, Suite 800
      San Francisco, CA 94105
      Telephone: (510) 970-4861
      Facsimile: (415) 744-0134
      Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

FRANCISCO TAPIA,

    Plaintiff,

        v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.

)  Case No. 2:21-cv-07619-PD
)
)  **JUDGMENT**
)
)
)
)
)
)
)

-1-

1     The Court having approved the parties' stipulation to remand this case

2  pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent

3  with that stipulation and for entry of judgment for Plaintiff, judgment is hereby

4  entered for Plaintiff.

5

6  DATED: June 08, 2022 _____

7                          HONORABLE JUDGE PATRICIA DONAHUE
                           UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-